UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: )
Black 2019 Chevy Tahoe ) CRIMINAL NO. W20-119M
Texas License Plate MHX3766 )
VIN: 1GNSKBKC1KR160917 )

## GOVERNMENT'S MOTION TO UNSEAL SEIZURE WARRANT AND AFFIDAVIT

Comes now the United States by and through its undersigned counsel and submits this motion to unseal the Seizure Warrant and Affidavit and in support thereof states the following:

I.

The warrant and affidavit in the above numbered cause was sealed at the Government's request.

There is no longer any need for the warrant and affidavit to remain under seal. Based on the foregoing, the Government requests that an order be issued directing the Clerk to unseal the warrant and affidavit.

WHEREFORE, based on the above, the United States asks the Court to enter an order unsealing the above numbered seizure warrant and affidavit.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: MARK L. FRAZIER
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX 76701
(254) 750-1580

[2020R06269]