UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
JUL - 6 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ umvm
DEPUTY CLERK

IN RE: )
Black 2019 Chevy Tahoe ) CRIMINAL NO. W20-119M
Texas License Plate MHX3766 )
VIN: 1GNSKBKC1KR160917 )

## ORDER

Came on to be considered Government's Motion to Unseal Seizure Warrant and Affidavit and the Court having considered same, hereby

ORDERS that Government's motion be GRANTED and the Seizure Warrant and Affidavit in the above stated Magistrate Number be unsealed.

ENTERED on this the ____6th____ day of July, 2020.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE

[2020R06269]